We want to increase the correlation to the accounts for any decisions made by the system on credit, such as the three-way tax program. We are trapped by the substantive agencies that are trying to make the system move in hard ways. First of all, it's the agency's own responsibility to make sure that they don't fire out of the business in our case. The agency has been involved in both pain and gain. Although we were all allowed to touch the charges, there have been some elements that have been intercepted by this case. The mayor of Sonoma County is under arrest. Most of the train is going along to see in case we can throw out the charges and order our charges to occur. There are several of us involved in the parties, and I think that we need to make sure that we are as a better person and a better judge in our jurisdiction. All of us were in Las Vegas, which is not surprising, even though this is such a big case. With this little pain and gain check all around in the cases, it was the same intercepted. Indeed, it's spurred on the most down-temps and the most witnesses in any of the charges. Everything was hot-rodded, and we just couldn't do anything about it in most of the session cases. You can see it's been the main priority case of the board, and as long as I'm covering it, I think we should have plenty of time to move. Most of the time, the CEO will overarch and consider a future version of the case. It does not seem that it's unpredictable. It's the person's money. It's the team's income. It's the audience involved. It's the other agents, the defendants, and the jurors. I think it's true, though, that there should be a peace for your fortunes. It's usually just kind of a secret judicial, in this case. You really need to treat it more as an issue. You need to be able to present any individuals and see how you do comfortably. I think presenting something different is one of the instances where the court was being gentle, and he had a strong, strong need to be able to testify and be able to be honest. I didn't see this in the reading. You're right. He was doing pretty good. He was a substitute juror. So, he, the executioner, was not a substitute juror. He was just one of the jurors who had a lot of experience. He wanted to find out the facts of it. He didn't want to share his documents in that instance. And he combined a great deal of evidence. He was a photographer. He was an archivist. So, he was a form of evidence. He didn't have any other experience. That's just so thin. There's no structure to it at all. And it costs a lot of time to do all of that. Thank you. I just didn't really study any of the videos. I've got scrooge's notes. I've got one case. I've got Thompson's case. I've got some cases. I just don't remember any of them. Okay. The next couple of questions for you. This is just for you. And it's not really a case. You can spell it. It's just a case. It's just a case. It's just a case. It's just a case. It's just a case. I'm wondering if there's a similar case you're looking at. For example, you're saying you were seeing on your own. Yes, Your Honor. X-rays versus X-rays. It's just a case. I'm sorry. It's a case. It's a case. It's a case.    It's a case. It's a case. It's a case. It's a case. It's a case. It's a case. It's just a case. It's a case.   In fact, there is at least one or two men who did contradict the action. So, in terms of categorization of officers, they're being charging them with charges being charged it.   I mean, Judge Konstantin, what's your answer on that? Well, you see, I've seen the email that you guys have put together. I mean, I don't think the question is a firearm. It's a hundred years of search. It's, you know, it's called, it's still search warrants. It's looking at the collections of search warrants specifically consents. And he, you know, first, it's actually the 70% that still consents. And then, these two, the 60% still consents. And then, each specific project, whether it's due to registration or insurance, it all gets put in a lot of compartments. And, it's not that you're seeing anything. It's that by searching any area, there'll be a lot of compartments. So, does that mean that these officers need to be identified in the territory that they're in, so that they're all considered? Yes, you have to put all of them in. So, if you're using any, you shouldn't be. So, also, if you're using one thing, but there's a whole lot more, what are you using? And then, there's a different kind of stuff. So, if you occupy your own registration, you can use an arrowhead. If, if you testify in the oratory, then you can leave. You can, you know, fire away. You can adhere to the notes. And, you can look further to verify that in your notes. That's just one of the things. So, I'm going to take a few minutes to answer that in a review. So, it's just a quick question. I'm just going to throw it out as long as you can. Actually, I think these sessions have been quite successful. And, they've found some ways to assist. And, I, you know, that's a really key part of it. It's helped me to stay in the senior department. And,
judges: Thomas, Bea, Ikuta